UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KATHERINE OCASIO-RUIZ,**

      **Plaintiff,**

v.                                                                 **Case No: 6:15-cv-934-Orl-41GJK**

**SEA LIFE ORLANDO LLC,**

      **Defendant.**

                                                 /

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to close this case. **However, any underlying settlement agreements are legally unenforceable.** *See* Fla. Stat. § 744.387(3)(a).

**DONE** and **ORDERED** in Orlando, Florida on October 1, 2015.



Copies furnished to:

Counsel of Record